TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00382-CR


NO. 03-02-00383-CR







David Jay Goltl, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT


NO. A-02-0352-S & A-02-0353-S, HONORABLE RAE LEIFESTE, JUDGE PRESIDING







David Jay Goltl seeks to appeal from judgments of conviction for evading arrest and
unauthorized use of a motor vehicle. The clerk's records contain written waivers of appeal signed
by appellant and his attorney. These documents, which reflect a knowing and voluntary waiver of
the right to appeal, were signed on the day sentence was imposed in open court. A defendant who
knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent
of the trial court. Ex parte Dickey, 543 S.W.2d 99 (Tex. Crim. App. 1976); see also Hurd v. State,
548 S.W.2d 388 (Tex. Crim. App. 1977); Reed v. State, 516 S.W.2d 680 (Tex. Crim. App. 1974). 
The records indicate that the court denied permission to appeal. Moreover, appellant's notices of
appeal do not comply with Texas Rule of Appellate Procedure 25.2(b)(3). See Whitt v. State, 45
S.W.3d 274, 275 (Tex. App.--Austin 2001, no pet.).


The appeals are dismissed.



 

 Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed: October 10, 2002

Do Not Publish